

# NUMBER 13-08-00617-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JOE FARAH, JOE FARAH D/B/A
LA FOURCH, INC. AND LA FOURCH, INC.,                      Appellants,

v.

PUERTO DEL PADRE D/B/A ANCHOR
RESORT CO-OWNERS ASSOCIATION,                              Appellee.

### On Appeal from the 347th District Court
### of Nueces County, Texas.

## MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Vela
### Memorandum Opinion Per Curiam

The appellants have filed a voluntary motion to vacate trial court judgment and dismiss case by agreement, pursuant to settlement. The motion requests a judgment from this Court effectuating the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(A). Pursuant

to a Mutual Release of all claims executed by all parties, appellants have agreed to voluntarily dismiss this appeal and appellees have agreed to a judgment from this Court that the trial court's judgment will be vacated and that this case will be dismissed. The parties have further agreed that all costs of court will be taxed against the party incurring same.

We RENDER judgment effectuating the parties' settlement agreement, GRANT the motion to vacate the trial court's judgment and DISMISS the appeal. All costs of court are taxed against the party incurring same.

PER CURIAM

Memorandum Opinion delivered and
filed this the 8th day of January, 2009.